IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REYMOND GOLLIER, JR.,

    Plaintiff,

v.

TANYA WHITE and
GEORGE L. CHRISTIANSON

    Defendants.

ORDER

Case No. 23-cv-193-wmc

Plaintiff Reymond Gollier, Jr., a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action. Plaintiff has filed a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff does not qualify for indigent status.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I find that plaintiff does not qualify as indigent and must prepay the $402 fee for commencing this action.

2

ORDER

IT IS ORDERED that:

Plaintiff Reymond Gollier Jr.'s motion to proceed without prepayment of the filing fee, Dkt. 2, is DENIED.

If by May 2, 2023, plaintiff fails to pay the $402 filing fee or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 11$^h$ day of April, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge