IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REYMOND GOLLIER, JR,

    Plaintiff,

v.

TANYA WHITE, et al.

    Defendants.

ORDER

Case No. 23-cv-193-wmc

On April 11, 2023, this court entered an order denying plaintiff Reymond Gollier, Jr.'s motion for leave to proceed without prepaying the fee because he does not qualify for indigent status. The court directed plaintiff submit the $402 filing fee by May 2, 2023. Now plaintiff has filed a letter request to his use release account funds to pay the entire fee for filing this case. However, with the exception of initial partial payments, federal courts lack the authority to tell state officials whether and to what extent a prisoner should be able to withdraw money from a release account. Therefore, plaintiff cannot use the release account funds to pay the entire filing fee.

ORDER

IT IS ORDERED that,

1. Plaintiff Reymond Gollier, Jr's motion for use of release account funds to pay the entire filing fee in this case is DENIED.

2. Plaintiff may have an enlargement of time, until June 13, 2023, to submit the $402 filing fee or submit an updated trust fund account statement or other documentation

1

that shows how his financial situation has changed. If by June 13, 2023, plaintiff fails to respond to this order or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing at a later date.

Entered this 22nd day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge